UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TAYLOR MARIE MORGAN,<br><br>　　　　　　　　　　Plaintiff,<br>　　v.<br>FOR A NEW SOCIAL SECURITY NUMBER,<br><br>　　　　　　　　　　Defendant. | Case No. 3:18-cv-00327-MMD-CBC<br><br>ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE CARLA B. CARRY |

Before the Court is the Report and Recommendation of United States Magistrate Judge Carla B. Carry (ECF No. 7) ("R&R") relating to Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) and *pro se* Complaint (ECF No. 1-1). Plaintiff had until March 8, 2019, to file an objection. To date, no objection to the R&R has been filed.

This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the court is required to "make a *de novo* determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1). Where a party fails to object, however, the court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See United States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review employed by the district court when reviewing a report and recommendation to which no objections were made); *see also Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (reading the Ninth Circuit's decision in

*Reyna-Tapia* as adopting the view that district courts are not required to review "any issue that is not the subject of an objection."). Thus, if there is no objection to a magistrate judge's recommendation, then the court may accept the recommendation without review*. See, e.g.*, *Johnstone*, 263 F. Supp. 2d at 1226 (accepting, without review, a magistrate judge's recommendation to which no objection was filed).

Nevertheless, this Court finds it appropriate to engage in a *de novo* review to determine whether to adopt Magistrate Judge Cobb's R&R. Upon reviewing the R&R and proposed Complaint, this Court agrees that the Court lacks juridisction to address Plaintiff's Complaint and will accept and adopt the Magistrate Judge's R&R to dismiss.

It is therefore ordered, adjudged and decreed that the Report and Recommendation of Magistrate Judge Carla B. Carry (ECF No. 7) is accepted and adopted except that dismissal will be without prejudice.

It is ordered that Plaintiff's application to proceed *in form pauperis* (ECF No. 1) is granted; Plaintiff will not be required to pay an initial fee.

It is further ordered that the Clerk detach and file the Complaint (ECF No. 1-1).

It is further ordered that the Complaint be dismissed without prejudice for lack of jurisdiction.

It is further ordered that all remaining pending motions (ECF Nos. 5, 6) are denied as moot.

The Clerk is directed to enter judgment in accordance with this Order and closed this case.

DATED THIS 14th day of March 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE